This memorandum is uncorrected and subject to revision before publication in the New York Reports.
------------------------------------------------------------------

No. 124
Flo & Eddie, Inc., a California
Corporation, individually and on
behalf of all others similarly
situated,
             Respondent,
         v.
Sirius XM Radio, Inc., a Delaware
Corporation,
             Appellant,
Does, 1 through 10,
             Defendants.


          Jonathan Hacker, for appellant.
          Harvey Geller, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided May 3, 2016